UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HUGUETTE NICOLE YOUNG,**

    **Plaintiff,**      Case No. 2:20-cv-5236
  v.      JUDGE EDMUND A. SARGUS, JR.
     Magistrate Judge Kimberly A. Jolson

**DAVE YOST,**

    **Defendant.**

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on January 29, 2021. (ECF No. 12). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

**5/24/2021**                                **s/Edmund A. Sargus, Jr.**
**DATE**                                  **EDMUND A. SARGUS, JR.**
                                         **UNITED STATES DISTRICT JUDGE**